1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11   UNITED STATES OF AMERICA,

12           Plaintiff,
                                      NO. 2:CR-01-0375 WBS
13   v.

14   DAVID LEE CASEY,                 MOTION FOR REDUCTION
                                      OF SENTENCE
15           Defendant.

16
                              ----oo0oo----
17

18       Defendant, DAVID LEE CASEY, has filed a petition for relief

19   pursuant to 28 U.S.C. § 2255.  The United States Attorney shall

20   file a response to the petition on or before February 8, 2006.

21   Defendant shall file his reply, if any, on or before February

22   22, 2006.  The matter will then be taken under submission.

23       IT IS SO ORDERED.

24   DATED:  January 25, 2006

25

26   _____
     WILLIAM B. SHUBB
27   UNITED STATES DISTRICT JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28