**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              **RE:    David Lee CASEY**
                                       **Docket Number:   2:01CR00375-01**
                                       **DELETION OF SPECIAL CONDITION**
                                       **NUMBER 4**

Your Honor:

On September 4, 2002, Your Honor sentenced Mr. Casey following his plea of guilty to a violation of 18 USC 2252(a)(4)(B) - Possession of One or More Matters Containing Visual Depictions of Minors Engaged in Sexually Explicit Conduct.  The court committed Mr. Casey to the custody of the U.S. Bureau of Prisons to be imprisoned for a total term of 60 months, to be followed by a three year term of supervised release.  One of his special conditions of supervised release, Special Condition Number 4,  states:   The defendant shall not possess or use a computer with access to any "on-line computer service."  This includes any internet service provider, bulletin board system, or any other public or private computer network.  Nothing in this order shall be construed as to prohibit the defendant from using a credit card.

Mr. Casey was released from the custody of the Bureau of Prisons and began this three-year term of supervised release on February 16, 2007.  He is presently residing with his wife in Suisun City, California.  Mr. Casey and his wife are retired and between his military pension, Social Security and VA benefits, he and his wife collect approximately $4,400 per month in income.

Mr. Casey has requested that he be allowed to have internet access on his home computer for the purpose of attending Ashford University.  All of the school work would need to be performed via the internet.  Mr. Casey has provided the undersigned with documentation of his enrollment in Ashford University in the Bachelor of Arts in Organizational Management Program.  Because Mr. Casey wants to continue his education, it is felt that

Rev. 05/2006
MEMO ~ COURT.MRG

**RE:    David Lee CASEY**
**Docket Number:   2:01CR00375-01**
**DELETION OF SPECIAL CONDITION NUMBER 4**

he should be granted access to the internet for this purpose.  Special Condition Number 4 of Mr. Casey's conditions of supervision prohibit him from having access to any internet service provider.

The Probation Office will, at Mr. Casey's expense, require him to install software programs which will allow the probation officer to monitor Mr. Casey's internet activities through snapshots of all internet sites that he goes to.  This in combination with periodic inspections of his home computer should insure that Mr. Casey does not reinvolve himself in the same type of activity which lead to the instant offense.

We are requesting that the Court delete  Special Condition Number 4 from Mr. Casey's special conditions of supervision which were imposed on September 4, 2002.

Respectfully submitted,


**/s/Glenn P. Simon**

**GLENN P. SIMON**
**United States Probation Officer**


Dated:        August 30, 2007
              Sacramento, California
              GPS/cp


**REVIEWED BY:     /s/John A. Poglinco for                                    **
                 **KYRIACOS M. SIMONIDIS**
                 **Supervising United States Probation Officer**

Rev. 05/2006
MEMO ~ COURT.MRG

**RE:   David Lee CASEY**
**Docket Number:   2:01CR00375-01**
**<u>DELETION OF SPECIAL CONDITION NUMBER 4</u>**


cc:   Camil Skipper
      Assistant United States Attorney

      Matthew C. Bockmon
      Defense Counsel

_____


AGREED.

Date:  September 4, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Rev. 05/2006
MEMO ~ COURT.MRG